# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN THE MATTER OF:

| | | |
|---|---|---|
| Doris Fay James | } | DOCKET NO.: 08-10203 |
| 1889 Pasadena Dr. | | |
| Abilene, TX  79601 | } | CHAPTER 13 |

### WITHDRAWAL OF DUPLICATE FILED PROOF OF CLAIM
### FOR INTERNAL REVENUE TAXES

Comes now Dorothy Shields, Bankruptcy Specialist, Internal Revenue Service, Insolvency Territory 10, Group 1, and notifies the court that the Proof of Claim #4 for Internal Revenue Taxes filed July 2, 2008 in the sum of $12,058.05 is an erroneously filed duplicate and is hereby withdrawn.

Respectfully Submitted By:

/s/ Dorothy Shields
Bankruptcy Specialist
Internal Revenue Service
Mail Code 5027DAL
1100 Commerce St.
Dallas, TX 75242
Telephone:  (214) 413-5356
Facsimile:   (214) 413-5243

Dated at Dallas, Texas
August 6, 2008