

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2008**                                             **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 108-10203-RLJ-13 |
| DORIS FAY JAMES | § | |
| DEBTOR(S) | § | |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| U.S. BANK, N. A., IN IT'S CAPACITY | § | |
| TRUSTEE FOR MASTR ASSET BACKED | § | |
| SECURITIES TRUST 2002-NC1 MORTGAGE | § | |
| PASS-THROUGH CERTIFICATES, SERIES | § | |
| 2002-NC1 AS SERVICED BY OCWEN LOAN | § | |
| SERVICING, LLC ITS SUCCESSORS | § | |
| IN INTEREST AND/OR ASSIGNEES | § | |
| MOVANT | § | HEARING ON MOTION |
| | § | TO LIFT STAY |
| VS. | § | DECEMBER 3, 2008 |
| | § | |
| DORIS FAY JAMES | § | |
| RESPONDENT(S) | § | TIME: 11:00AM |

ORDER CONDITIONING AUTOMATIC STAY

On this date, the Motion of U.S. BANK, N. A., IN IT'S CAPACITY TRUSTEE FOR

MASTR ASSET BACKED SECURITIES TRUST 2002-NC1 MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2002-NC1 AS SERVICED BY OCWEN LOAN SERVICING, LLC,

ITS SUCCESSORS IN INTEREST AND/OR ASSIGNEES, MOVANT, for Relief from Stay of

action against the property of DORIS FAY JAMES, Debtor(s), was considered by this Court. Upon the appearance of Movant and Debtor(s), IT IS ORDERED as follows:

**I.**

Pursuant to the terms of that certain Promissory Note held by Movant, secured by a Deed of Trust encumbering the Debtor(s) real property described below, Debtor(s) shall disburse directly to Movant, promptly when due, each monthly installment that falls due on or before the 1st day of each consecutive month, beginning the 1st day of December 2008. These installments are currently $717.49 per month plus a late fee of $35.87 if any payment is not received by Movant by the 15th of the month when due.

**II.**

In addition to the above payments, Debtor(s) shall cure the $2,181.72 in post petition arrearage now owed to Movant, which is described as follows:

| | |
|---|---|
| October 2008 through November 2008 @ $717.49 | $1,434.98 |
| Accrued Late Charges | $71.74 |
| Attorney's Fees | $675.00 |
| TOTAL | $2,181.72 |

**III.**

Debtor(s) shall cure the post petition arrearage by making the following cure payments:

| | |
|---|---|
| (1) December 15, 2008 | 363.62 |
| (2) January 15, 2009 | 363.62 |
| (3) February 15, 2009 | 363.62 |
| (4) March 15, 2009 | 363.62 |
| (5) April 15, 2009 | 363.62 |
| (6) May 15, 2009 | 363.62 |
| TOTAL | $2,181.72 |

Payments hereunder shall be mailed to Movant at the following address:

OCWEN LOAN SERVICING, LLC
12650 INGENUITY DRIVE
ORLANDO, FLORIDA 32826

ATTN: BANKRUPTCY DEPARTMENT

### IV.

Debtor(s) shall make all Trustee payments promptly when due, according to the provisions of their Chapter 13 Plan.

### V.

Should Debtor(s) default on any of the terms of this Order, Movant shall mail notice of the default, to the Debtor(s) by certified mail, return-receipt-requested. Should Debtor(s) not cure the default within ten (10) days of the date Movant mails the notice, the Automatic Stay of 11 U.S.C. Sec 362 shall be and is hereby ordered lifted with respect to Movant. After Movant has sent two (2) such notices and the defaults have been cured, then upon the third default of the terms of this Order the automatic stay shall terminate without further notice or action by the Court. In the event of termination of the automatic stay, Movant, or its successor in interest, shall be authorized to enforce its lien rights and pursue its statutory and contractual remedies to gain possession of the following described property:

> LOT 1 AND THE EAST 3 FEET OF LOT 2, BLOCK 1, PASADENA HEIGHTS ADDITION TO THE CITY OF ABILENE, TAYLOR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET 2, SLIDE 17-C AND D, PLAT RECORDS OF TAYLOR COUNTY, TEXAS.; MORE COMMONLY KNOWN AS 1889 PASADENA DRIVE, ABILENE, TX 79601

It is further Ordered that MOVANT shall give the Trustee notice immediately upon foreclosure and that MOVANT shall amend or withdraw its claim herein within 20 days after foreclosure.

Should Debtor(s) case convert to a Chapter 7, be dismissed or should Debtor(s) receive a Discharge of Debts before the terms of this Order are complete, then the automatic stay shall terminate without further notice or action by the Court.

Otherwise, the Automatic Stay of 11 U.S.C. Sec 362 shall remain in effect.

###END OF ORDER###

APPROVED AS TO FORM AND CONTENT:

/s/Melissa A. Dennis
MELISSA A. DENNIS, SBOT-50511754
BROWN & SHAPIRO, L.L.P.
4620 FAIRMONT PARKWAY, SUITE 108
PASADENA, TEXAS 77504
PHONE: (281) 998-8450
FAX: (281) 998-0421
EMAIL: txbkcontact@logs.com


/s/Larry Reed Lewis with permission
LARRY REED LEWIS SBOT _____
402 CYPRESS
SUITE 310
ABILENE, TX 79601
PHONE 325-673-6699
FAX 325-672-9227
ATTORNEY FOR DEBTOR(S)


/s/Marc McBeath with permission
MARC McBEATH
CHAPTER 13 TRUSTEE