Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock  TX  79424
(806) 748-1980 Phone
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

DORIS FAY JAMES

DEBTOR(S)

CASE NO.: 08-10203-RLJ-13

DATED: July 01, 2013

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee files this Notice of Final Cure Payment and provides to the creditor listed below that the amount required to complete the term of the plan has been received by the Trustee.

**Final Cure Amount**

| Creditor Name | Last 4 of Acct# | Claim Asserted | Claim Allowed | Amount Paid P and I |
|---|---|---|---|---|
| OCWEN FEDERAL BANK FSB | | | | |
| DIR PMT BEGIN 07/08 | 9184 | $65,091.60 | $65,091.60 | $0.00 |
| OCWEN FEDERAL BANK FSB | | | | |
| HOME ARREARS THRU 07/08 | 9184 | $9,153.68 | $9,153.68 | $12,097.50 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:   ____ Through the Chapter 13 Trustee Conduit    __X__ Direct by the Debtor(s)

Within 21 days of service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), Debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistant with 11 U.S.C. 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing NOTICE OF FINAL CURE PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on July 01, 2013.

DORIS FAY JAMES 1889 PASADENA DR  ABILENE TX 79601
MICHAEL REED MCCREARY VESELKA BRAGG & ALLEN PO BOX 26990 AUSTIN TX 78755
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
OCWEN FEDERAL BANK FSB 12650 INGENUITY DRIVE  ORLANDO FL 32826
BROWN & SHAPIRO ATTYS 4620 FAIRMONT PKWY SUITE 108 PASADENA TX 77504
B-LINE LLC ATTN  STEVEN KANE PO BOX 91121  DEPT 550 SEATTLE WA 98111

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee