

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 19, 2013

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 08-10203 |
| DORIS FAY JAMES | § | Chapter 13 |
| Debtor | § | |
| | § | JUDGE ROBERT L. JONES |

### AGREED ORDER RESOLVING STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT RULE 3002.1 FILED BY OCWEN LOAN SERVICING, LLC

The Court has considered the Trustee's Notice of Final Cure Payment and Motion to Deem Mortgage Current. The Court has further considered Ocwen Loan Servicing, LLC's Statement in Response to Notice of Final Payment. The Court, having considered the aforementioned, and the agreement of counsel for Ocwen Loan Servicing and for the Debtor's as set out herein, is of the opinion that the following Agreed Order should be entered.

It is therefore ORDERED, ADJUDGED, AND DECREED that:

1. The Court finds that the Trustee has made all payments to cure the pre-petition deficiency on the claim.

2. The Court further finds that the Debtor owes certain post-petition fees in the amount of $150.00 for bankruptcy plan review and $141.19 for Objection to Confirmation of Chapter 13 Plan, for a total amount due of $291.19. Outside of the aforementioned fees, the Debtor is current through July 31, 2013.

3. <u>Current Monthly Payments</u>: Debtor shall continue to remit to Ocwen Loan Servicing, LLC in a timely manner the regular post-petition monthly payments due pursuant to that certain Note and Deed of Trust.

#### END OF ORDER ####

Approved As to Form and Substance:

X _____

_____
Monte J. White
402 Cypress, Ste 310
Abilene, TX 79601
Telephone: 325-673-6699
Facsimile: 325-672-9227
E-mail: legal@montejwhite.com
ATTORNEY FOR DEBTORS


/s/ Stephen Wu

_____
Stephen Wu
State Bar No.: 24042396
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686
swu@mwzmlaw.com

13-002741-670